IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CHRISTOPHER DEWAYNE LUMPKIN,

    Plaintiffs,

v.                                                        Civil Action No. **3:23CV668**

**SUSSEX I STATE PRISON,** *et al.*,

    Defendants.

**MEMORANDUM OPINION**

On November 3, 2023, the Court conditionally docketed Plaintiff's action. Plaintiff requested leave to proceed *in forma pauperis*. By Memorandum Order entered on December 13, 2023, the Court directed Plaintiff to pay an initial partial filing fee of $65.80 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within thirty (30) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall issue.

/s/ John A. Gibney, Jr.
Senior United States District Judge

Date: 1/22/2024
Richmond, Virginia